UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michael Strafford,

                Plaintiff,

           -against-

Americollect, Inc.,

                Defendant.

Docket No: 2:17-cv-05214-SJF-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 9, 2018

|  |  |
|---|---|
| By:   /s               <br>, Esq. <br><br>, <br>Tel: () - <br>*Attorneys for Defendant* | **BARSHAY SANDERS, PLLC** <br><br>By:   /s Craig B. Sanders <br>Craig B. Sanders <br>100 Garden City Plaza, Suite 500 <br>Garden City, New York 11530 <br>Tel. (516) 203-7600 <br>Email: *ConsumerRights@BarshaySanders.com* <br>Our File No: 113462 <br>*Attorneys for Plaintiff* |